# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1833
LT Case No. 2019-DR-002036

_____

SHERRICE BRYSON DOUGLAS,

Appellant,

v.

TONEY DOUGLAS,

Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Susan Stacy, Judge.

Rev. James T. Golden, Bradenton, for Appellant.

Mark A. Skipper, of Law Office of Mark A. Skipper, P.A.,
Orlando, for Appellee.


October 31, 2023


PER CURIAM.

AFFIRMED.


JAY, SOUD, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____